NUMBER 13-06-00482-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


__________ _____________________________________________


GREGORY S. BECKER AND MELISSA A. LAMBERT, 

INDIVIDUALLY AND ON BEHALF OF THE 

ESTATE OF MARINA BECKER, Appellants,


v.



THE TEXAS DEPARTMENT OF TRANSPORTATION, Appellee.

________________________________________________________


On appeal from the 343rd District Court 


of Live Oak County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez, and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellants, GREGORY S. BECKER and MELISSA A. LAMBERT, INDIVIDUALLY
and ON BEHALF OF THE ESTATE OF MARINA BECKER, appeal from a judgment
entered by the 343rd District Court of Live Oak County, Texas, in cause number
L-05-0089-CV-C. After the record was filed and the cause submitted at oral argument,
appellants filed a motion to dismiss the appeal. Appellee did not file a cross-appeal, and
there are no other parties to this appeal. Appellants request that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. See
Tex.R.App.P.42.1(a). Having dismissed the appeal at appellants' request, no motion for
rehearing will be entertained, and our mandate will issue forthwith. Appellants' motion to
dismiss is granted, and the appeal is hereby DISMISSED. 


 PER CURIAM


Memorandum Opinion delivered and filed this

the 8th day of November, 2007.